Michael B. Baylous, ABA No. 0905022
Jeffrey W. Robinson, ABA No. 0805038
BALLARD SPAHR LLP
1600 A Street, Suite 304
Anchorage, Alaska 99501
Telephone:  907-264-3303
            907-264-3311
Email:      baylousm@ballardspahr.com
            robinsonjw@ballardspahr.com
Attorneys for Alaska Frontier Constructors, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| ALASKA FRONTIER CONSTRUCTORS, INC., | |
|---|---|
| Plaintiff, | |
| v. | Case No. 3:24-cv-00259-SLG |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | **NOTICE OF DISMISSAL** |
| Defendant. | |

Pursuant to Federal Civil Rule 41(a)(1)(A)(i), Plaintiff dismisses this action with prejudice and with Parties bearing their own fees and costs.

DATED: January 29, 2025

          BALLARD SPAHR LLP
          Attorneys for Alaska Frontier Constructors, Inc.


          By *s/ Michael B. Baylous*
            Michael B. Baylous, ABA No. 0905022
            Jeffrey W. Robinson, ABA No. 0805038